UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SHAEL CRUZ, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

    -against-

CREATIVE APPAREL CONCEPTS, INC.,

                    Defendant.

------------------------------------x

ORDER

20 Civ. 4429 (GBD)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: SEP 10 2020*

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within one hundred (100) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: September 10, 2020
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge